# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEPHEN LEE CHOATE,

    Petitioner,

vs.

WILLIAMS, *et al.*,

    Respondents.

Case No. 2:16-cv-01093-RFB-CWH

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. On January 24, 2017, this case was consolidated with petitioner's earlier-filed case, 2:16-cv-00813-RFB-GWF. Petitioner challenges the same state court conviction in this case as he challenges in 2:16-cv-00813-RFB-GWF. To avoid duplicate pleadings and in the interest of judicial economy, the instant case will be dismissed. Petitioner's habeas claims shall proceed in the earlier-filed case 2:16-cv-00813-RFB-GWF.

    **IT IS THEREFORE ORDERED** that the instant case is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court shall enter judgment accordingly.

    **IT IS FURTHER ORDERED** that petitioner shall file all future pleadings and motions in **2:16-cv-00813-RFB-GWF**. Petitioner shall file no further pleadings or motions in this case.

    DATED this <u>29th</u> day of March, 2017.

                                                                    _____
                                                                      RICHARD F. BOULWARE, II
                                                                      UNITED STATES DISTRICT JUDGE